**Electronically Filed
Supreme Court
SCWC-14-0000916
12-MAY-2016
04:19 PM**

SCWC-14-0000916

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FLORENCIO E. DELA CRUZ, ANASTACIA A. DELA CRUZ,
and JENNIFER M. RESPECIO,
Petitioners/Plaintiffs-Appellants,

vs.

IRENE B. QUEMADO, MARVIN QUEMADO, JR., and BRYAN T. HIGA,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000916; CIV. NO. 08-1-1089)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants' Application for Writ

of Certiorari, filed on April 1, 2016, is hereby accepted.

IT IS FURTHER ORDERED that the determination of holding

oral argument will be subject to further order of this court.

DATED: Honolulu, Hawaiʻi, May 12, 2016.

| | |
|---|---|
| Joseph P.H. Ahuna, Jr.<br>and David K. Ahuna<br>for Petitioners | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama |
| Johnaaron Murphy Jones<br>for Respondent Irene B.<br>Quemado | /s/ Sabrina S. McKenna<br><br>/s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

